257 So.2d 152

**Louis C. PENDLETON**

v.

**Alphonse JACKSON, Jr., et al.**

No. 52147.

Feb. 8, 1972.

In re: Louis C. Pendleton applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Caddo. 256 So.2d 494.

The application is denied. The result reached by the Court of Appeal is correct.

257 So.2d 152

**CITY OF NEW ORLEANS**

v.

**Yvonne MARTIN.**

No. 52140.

Feb. 8, 1972.

In re: Yvonne Martin applying for writs of review, certiorari, mandamus and prohibition.

Writ refused. The judgment of the lower court is correct.

BARHAM, J., is of the opinion the writ should be granted. The ordinance appears unconstitutional on its face being overbroad in scope, ambiguous, and inconsistent

and violative of First Amendment U.S. Const. See Coates v. City of Cincinnati, 402 U.S. 611, 91 S.Ct. 1686, 29 L.Ed.2d 214 (1971).

TATE, J., concurs in Barham, J.'s, dissent. See also Cohen v. California, 403 U.S. 15, 91 S.Ct. 1780, 29 L.Ed.2d 284 (1971).

DIXON, J., dissents from the refusal to grant writs. See City of New Orleans v. Lewis, 257 La. 993, 244 So.2d 860.